1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ROBERT W. RAINWATER, Bar #67212
   Designated Counsel for Service
3  Assistant Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  JAMES EARL EDMISTION

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) NOS.  1:06-cr-00328 OWW
                                      )
12 |        *Plaintiff/Appellee,*     )
                                      ) ORDER: REGARDING FORWARDING OF
13 |        v.                        ) PRETRIAL SERVICE REPORT TO THE NINTH
                                      ) CIRCUIT FOR THE RECORD ON APPEAL.
14 | JAMES EARL EDMISTON,             )
                                      )
15 |        *Defendant/Appellant.*    ) Judge: Hon. Oliver W. Wanger
                                      )
16 | _____  )

17

18     On October 3, 2006, this court heard the defendant's appeal from the magistrate's detention order.

19 Part of the record in that hearing was the pretrial services officer's report regarding his recommendation

20 about the release of the defendant pending trial. On October 4, 2006, Mr. Edmiston filed an appeal of this

21 court's detention order in the Ninth Circuit Court of Appeal, pursuant to FRAP 9(a). Mr. Edmiston's

22 opening brief is due to be filed with the Ninth Circuit on October 18, 2006. In order to properly decide Mr.

23 Edmiston's appeal the Ninth Circuit Court of Appeal should have a copy of the report which included

24 many of the facts upon which Mr. Edmiston relied upon in the District Court.

25 ///

26 ///

27 ///

28 ///

## ORDER

WHEREAS the record on appeal should include the report of the pretrial services officer, it is hereby ordered that the United States Pretrial Services forward a copy of their report in the *United States v. James Earl Edmiston*, to the Ninth Circuit Court of Appeal, under seal.

IT IS SO ORDERED.

**Dated:   October 11, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE